# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FRANK SLEDGE, JR.,

    Plaintiff,

v.                                     Case No:   6:21-cv-736-RBD-DCI

ANTHEM, INC.,

    Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Report filed on October 31, 2022 (Doc. 65), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 2, 2022.

ROY B. DALTON JR.
United States District Judge