## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**FRANK SLEDGE, JR.,**

     **Plaintiff,**

**v.**                   **CASE NO.:  6:21-cv-736-RBD-DCI**

**ANTHEM, INC.,**

     **Defendant.**

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

     Plaintiff Frank Sledge, Jr. and Defendant Elevance, Inc. (fka Anthem, Inc.) (collectively, "the Parties"), by and through Plaintiff, proceeding *pro se*, and Defendant's undersigned counsel of record, hereby file this Joint Stipulation for Dismissal of this matter, *with prejudice*, in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorney's fees and costs.

Respectfully submitted this 3rd day of November, 2022.


/s/ *Angelique Groza Lyons*           /s/ *Frank Sledge, Jr.*

Angelique Groza Lyons, Esq., FBN       Frank Sledge, Jr.
118801                        frank@sledgedb.com
Eric L. Craft, Esq., FBN 1035294      fsledge@msn.com
alyons@constangy.com           13713 Glynshel Dr.
ecraft@constangy.com           Winter Garden, FL 34787
CONSTANGY, BROOKS, SMITH &    *Plaintiff (pro se)*
PROPHETE, LLP

100 North Tampa Street, Suite 3350
Tampa, Florida 33602
(813) 223-7166 / Fax: (813) 223-2515
tampa@constangy.com
*Attorneys for Defendant*